MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff BANK OF AMERICA, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; RILLAN FAMILY INVESTMENT, LLC, and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01444-GMN-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE AND ALL DISCOVERY PENDING RESOLUTION OF PENDING MOTION FOR SUMMARY JUDGMENT** |

Bank of America, N.A. (**BANA**), and defendants Westchester Hills Homeowners' Association, Premier One Holdings, Inc., and Rillan Family Investment, LLC (**defendants**) (collectively, **the parties**) stipulate to staying all discovery while the Court considers and rules on BANA's pending dispositive motion (ECF No. 26).

This lawsuit involves claims for quiet title/declaratory relief related to the April 19, 2013 non-judicial homeowners' association foreclosure sale conducted on property located at 9071 Westchester Hill Avenue, Las Vegas, Nevada 89148 pursuant to NRS 116 (**HOA Sale**). BANA has filed a motion for partial summary judgment (ECF No. 26) raising a purely legal issue that can be

1

resolved without discovery: whether the HOA Sale extinguished BANA's interest because the Nevada HOA foreclosure statute is facially unconstitutional, as set forth in *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154, 1159 (9th Cir. 2016), *cert. denied*, 137 S. Ct. 2296 (June 26, 2017). The other parties reserve their right to oppose that motion, but agree to a stay.

Respectfully submitted on November 21, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON NEILSON COLE SETLZER & GARIN** |
| */s/ Rex Garner* | */s/ Eric N. Tran* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>ERIC N. TRAN, ESQ.<br>Nevada Bar No. 11876<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89140 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Westchester Hills Homeowners Association* |

**MORRIS LAW CENTER**

*/s/ Sarah A. Morris*
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
6085 West Twain Avenue, #201
Las Vegas, Nevada 89103

*Attorney for Defendant Premier One Holdings, Inc.*

## ORDER

**IT IS SO ORDERED.**

DATED this 28 day of November, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE