MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11
12
13
14
15
16
17
18

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>                    Plaintiff,<br><br>vs.<br><br>WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; RILLAN FAMILY INVESTMENTS, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants. | Case No.:     2:16-cv-01444-GMN-NJK<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

19
20
21
22
23

      PLEASE TAKE NOTE Bank of America, N.A. (**BANA**), Defendant Westchester Hills Homeowners' Association (**HOA**), and Defendant Premier One Holdings, Inc. (**Premier**), by and through their respective counsel of record, hereby stipulate and agree to dismiss with prejudice this action pursuant NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

24
//
25
//
26
//
27
28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED this 20th of September, 2018.

| **AKERMAN LLP**<br><br>/s/ Rex D. Garner<br>MELANIE D. MORGAN, ESQ.<br>REX D. GARNER, ESQ.<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A* | **LIPSON NEILSON P.C.**<br><br>/s/ Eric Tran<br>Eric Tran, Esq.<br>Kaleb D. Anderson, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Westchester Hills Homeowners'*<br>*Association* |
|---|---|
| **MORRIS LAW CENTER**<br><br>/s/ Sarah A. Morris<br>Sarah A. Morris, Esq.<br>5450 W. Sahara Avenue, Suite 330<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Premier One Holdings, Inc.* | |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

ORDERED AND ADJUDGED that the above-entitled action be dismissed with prejudice, each

party to bear its own costs and fees.

DATED this ___25___ day of September, 2018.

_____

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572